1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAVID A. CASEBEER, ) | |
| ) | CIVIL NO. 2:07-CV-02374-GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time until May 16, 2008 to answer or otherwise respond to Plaintiff's complaint. Due to an oversight, the complaint was not transmitted to Social Security Administration when originally served on the U.S. Attorney's Office. Additional time is requested to prepare the administrative transcript.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 18, 2008          /s/ Federick H. Lundblade
                               (As authorized via facsimile)
                               FREDERICK H. LUNDBLADE
                               Attorney for Plaintiff

Dated: March 18, 2008          McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Bobbie J. Montoya
                               BOBBIE J. MONTOYA
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: 03/21/08        /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

casebeer.eot